Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-12-00229-CV

Paula Lehne **NETHERTON**,
Appellant

v.

Jacintha **COWAN**, Individually and as the Independent Executor of the Estate of James Dennis
Lehne, Jr., Shannon Sucher and James Dennis Lehne, III,
Appellees

From the 198th Judicial District Court, Menard County, Texas
Trial Court No. 2011-05270
The Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  June 13, 2012

DISMISSED FOR WANT OF JURISDICTION

This appeal arises from the trial court's January 4, 2012 order declaring ownership of

property based on a testamentary devise. Appellant sought to appeal the "Order Granting Partial

Summary Judgment," but the order indicates it is not a final judgment. On May 8, 2012, we

ordered appellant to show cause not later than May 18, 2012, why her appeal should not be

dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39

S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final

judgment"). We warned appellant that if she did not show cause within the time provided, her appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). To date, appellant has not filed any response to our show cause order.

Therefore, we dismiss this appeal for want of jurisdiction. *See id.*; *Lehmann*, 39 S.W.3d at 195; *see also* Tex. R. App. P. 42.3(c) (authorizing dismissal for failure to comply with a court order). Costs of this appeal are taxed against appellant.

PER CURIAM